CASES DISPOSED OF WITHOUT OPINION.

# MEMORANDA OF CASES DISPOSED OF WITHOUT OPINION.

Appeals disposed of by PER CURIAM order:

In RE PENDLETON, from Pasquotank; *E. F. Aydlett,* for petitioner. Affirmed.

KILBY *v.* CEDAR WORKS; *Bond, Smith,* and *Skinner & Whedbee,* for plaintiff; *Aydlett,* and *Shepherd & Shepherd,* for defendant. Affirmed.

STATE *v.* NEWSOME; *Attorney-General,* for the State; *R. B. Peebles,* for defendant. Affirmed.

·BRADLEY *v.* JOHNSTON.   Settled by the parties.

WILLIAMS *v.* NORFOLK AND CAROLINA RAILROAD Co.; *F. D. Winston* and *Alex. Lassiter* for plaintiff; *Geo. Cowper,* for defendant. Affirmed.

FLEMING *v.* LUMBER Co., *Skinner & Whedbee,* for plaintiff; *J. L. Fleming,* for defendant.   New trial.

GEE *v.* HILL; *C. M. Cooke,* for plaintiff; *Bickett & Spruill,* for defendant. Affirmed.

HICKS *v.* BURROUGHS.   Dismissed under Rule 17.

EATMAN *v.* LAMB.   Dismissed under Rule 17.

ABERNATHY *v.* WILKINS.   Dismissed under Rule 17.

·STATE *v.* WHITTAKER, *Attorney-General,* for State; *J. C. L. Harris,* for defendant.   Affirmed.

STATE *v.* WILDER, *Attorney-General,* for State; *B. C. Beckwith,* for defendant.   Affirmed.

MARSHBURN *v.* LASHLIE; *Battle & Mordecai,* and *H. E. Norris,* for plaintiff; *Argo & Snow,* for defendant. Affirmed.

PIPKIN *v.* WILMINGTON AND WELDON RAILROAD Co.; *Allen & Dortch,* and *T. B. Womack,* for plaintiff; *F. A. Daniels,* for defendant.   Affirmed.

In RE JOHNSTON; *Baylus Cade,* for petitioner; *Busbee & Busbee,* and *Argo & Snow,* for respondent.